**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-2003**

JOHN LASCHKEWITSCH,

                Plaintiff - Appellant,

        v.

AMERICAN NATIONAL LIFE INSURANCE COMPANY,

                Defendant - Appellee.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   James C. Dever, III,
Chief District Judge.  (5:15-cv-00021-D)

Submitted: December 14, 2016        Decided:  December 20, 2016

Before KING, SHEDD, and WYNN, Circuit Judges.

Dismissed by unpublished per curiam opinion.

John B. Laschkewitsch, Appellant Pro Se.   Kelly C. Hanley,
Gilbert Charles Laite, III, WILLIAMS MULLEN, Raleigh, North
Carolina; Joseph Ray Pope, WILLIAMS MULLEN, Richmond, Virginia,
for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Laschkewitsch seeks to appeal the district court's order granting summary judgment against him. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The order Laschkewitsch seeks to appeal, which decided the issue of liability but made clear that the district court had yet to conduct further proceedings to determine damages, attorney's fees, and costs, is neither a final order nor an appealable interlocutory or collateral order. See Liberty Mut. Ins. Co. v. Wetzel, 424 U.S. 737, 744 (1976); Dilly v. S.S. Kresge, 606 F.2d 62, 62-63 (4th Cir. 1979). Accordingly, we grant Appellee's motion to dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED

2